IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANTIAGO FIGUEROA, et al, <br><br> Defendants. | Case No.: 1:11-cv-00678 AWI JLT <br><br> ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND VACATING THE INITIAL SCHEDULING CONFERENCE <br><br> (Doc. 8) |

      This matter was initiated on April 28, 2011 by Plaintiff J & J Sports Productions, Inc. (Doc. 1). Santiago Figueroa and Santiago Arredonndo Tapia ("Defendants") were served with the summons and complaint on July 21, 2011. (Docs. 6-7). Defendants failed to respond within the time prescribed by the Federal Rules of Civil Procedure. Therefore, on August 15, 2011, Plaintiff applied for entry of default pursuant to Fed. R. Civ. P. 55(a). (Doc. 7)

      On August 16, 2011, Plaintiff filed an ex parte application for an order vacating the initial scheduling conference given Defendants' failure to respond by filing an answer or other responsive pleading. (Doc. 8). In addition, Plaintiff asserts that its application for default judgment would soon be filed with the Court. *Id.* at 1.

///

///

1

1  Based upon the forgoing, there is good cause to vacate the scheduling conference in this
2  matter. Accordingly, **IT IS HEREBY ORDERED**:
3     1.    Plaintiff's ex parte application for vacating the scheduling conference is **GRANTED**;
4     2.    The Scheduling Conference set for August 24, 2011, at 9:00 am is **VACATED**.

6  IT IS SO ORDERED.
7  Dated:   **August 16, 2011**                            **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE