IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO FIGUEROA et al.,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-00678-AWI-JLT<br><br>ORDER VACATING HEARING<br><br>(Doc. 12) |

J & J Sports Productions, Inc. ("Plaintiff") seeks the entry of default judgment against Santiago Arredondo Tapia, individually and doing business as Santiagos Mexican Restaurant, also known as Santiagos Mexican & Seafood Restaurant ("Defendant"). The Court has reviewed the motion and supporting documents, and finds the matter suitable for decision without oral argument pursuant to Local Rule 230(g).

Accordingly, **IT IS HEREBY ORDERED**:

1. The hearing on the motion for default judgment set for October 3, 2011 at 9:00 am is **VACATED**; and

2. The matter is taken under submission.

IT IS SO ORDERED.

Dated:   **September 29, 2011**　　　　　　　　　　　　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1