1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 1:11-cv-00678-AWI-JLT** |
| **Plaintiff,** | **JUDGMENT** |
| vs. | |
| **SANTIAGO FIGUEROA, et al.,** | |
| **Defendant.** | |

Default having been entered in this action on August 17, 2011 against Santiago Arredondo Tapia a/k/a Santiago T. Arredondo, individually and d/b/a Santiagos Mexican Restaurant a/k/a Santiagos Mexican & Seafood Restaurant, and the application for and declarations in support of default judgment having been filed on or about August 26, 2011, and having been served on the Defendant and notice given and no appearance by the Defendant have been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///

///

///

///

///

**JUDGMENT (Proposed)**
**CASE NO. 1:11-CV-00678-AWI-JLT**
**PAGE 1**

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant Santiago Arredondo Tapia a/k/a Santiago T. Arredondo, individually and d/b/a Santiagos Mexican Restaurant a/k/a Santiagos Mexican & Seafood Restaurant and in favor of J & J Sports Productions, Inc., as follows:

|   |   |   |
|---|---|---|
| a. For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 4,000.00 |
| b. For the Tort of Conversion: | $ | 2,200.00 |
| Total: | $ | 6,200.00 |

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $6,200.00.**

IT IS SO ORDERED.

Dated:  May 10, 2012                           _____
                                              CHIEF UNITED STATES DISTRICT JUDGE